UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

        Plaintiff,

v.                                        CASE No. 8:05-CV-73-T-17MAP

JACK McDONALD, PENNY
McDONALD and BRANDI
McDONALD,

        Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court on Defendant's Emergency Motion to Quash Subpoena, or in the Alternative, Motion for Protective Order (doc. 29).  On June 9, 2005 at 12:00 p.m., Plaintiffs served a notice of deposition duces tecum on the records custodian for Mr. Alan Scharf, Defendants' attorney in this action.  This notice required Mr. Scharf to bring his entire file along with a copy of each page, pertaining to all Defendants, "including any correspondence, memoranda, notes, or other documents or papers" (Doc. 29-2).  The Plaintiffs set this deposition unilaterally on very short notice, and without reasonable time for compliance by Defendants. *See* Fed.R.Civ.P. 45(c)(3)(A)(i); *See also* Middle District Discovery (2001) at II A.1 (attorney is expected to reasonably accommodate the schedules of opposing lawyers).  Accordingly, it is

ORDERED:

1.  Defendant's Emergency Motion to Quash Subpoena, or in the Alternative, Motion for Protective Order (doc. 29) is DENIED.

2.  The deposition duces tecum of Mr. Alan Scharf's records custodian set for June 13, 2005

is stayed.

      DONE AND ORDERED at Tampa, Florida on this 13th day of June, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record