UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

      Plaintiff,

v.                                          CASE No. 8:05-CV-73-T-17MAP

JACK McDONALD, PENNY
McDONALD and BRANDI
McDONALD,

      Defendants.

                                             /

## <u>ORDER</u>

THIS CAUSE came before the Court on Defendants' Motion to Compel (doc. 66) and

Plaintiff's response (doc. 73). Defendants contend that during the deposition of witness Andrew

Sherrill, the deponent did not adequately answer questions and that Plaintiff's counsel

inappropriately interjected speaking objections. Defendants also claim that Mr. Sherrill's answers

were evasive and that he was coached. However, Defendants cite to no specific question and answer

anywhere in the six hour, 234 page deposition that demonstrates coaching. What appears to take

place in the deposition is discussion between the attorneys regarding whether questions had been

"asked and answered." Plaintiff contends that the deposition questions that Defendants seek answers

to were provided, and that Defendants continued to ask Mr. Sherrill the same question regarding

policy limits, even after he had provided an adequate answer. Upon consideration, it is

      ORDERED:

      1. Defendants' Motion to Compel (doc. 66) is DENIED.

DONE AND ORDERED at Tampa, Florida on this 30th day of November, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record